AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

~~JAN 1 6 2025~~

AT _____ O'CLOCK _____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| MICHAEL ST. DENNY, JR. | ) | Case No.  8:25-MJ-005 (GLF) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 27, 2024 in the county of St. Lawrence County in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt / distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

01/14/2025

*Complainant's signature*

Peter Pease, Special Agent HSI

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    January 16, 2025

*Judge's signature*

City and State:    Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Peter Pease, being first duly sworn, depose and state as follows:

### BACKGROUND

1.    I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code.

2.    I am a Special Agent with Homeland Security Investigations (HSI) and have been since February 2023. I am currently assigned to conduct investigations in the Resident Agent in Charge (RAC) Massena Office of HSI. Prior to my appointment in the HSI Massena Office, I served in the United States Navy as a Hospital Corpsman from 2012 to 2017. I served in the United States Secret Service as a Special Agent from 2021 to 2022. I have a bachelor's degree in criminal justice and a master's degree in criminal justice legal studies. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. My duties include the enforcement of federal criminal law, under Title 18 of the United States Code. I have conducted or participated in surveillances, the execution of search warrants, arrest warrants, evidence handling, interviews, reviews of recorded conversations, and monitoring of court ordered wire intercepts.

3.    This affidavit is submitted for the purpose of requesting a criminal complaint charging Michael St. Denny, Jr. with violating 18 U.S.C. § 2252A(a)(2) (receiving/distribution child pornography). The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show simply that there is sufficient probable cause for the requested criminal complaint. It does not set forth everything I know about this investigation.

**PROBABLE CAUSE**

4.      On July 9, 2024, a company that runs a social media messaging application submitted a CyberTip to the National Center for Missing and Exploited Children concerning the upload by one of its users of multiple files depicting apparent child pornography.

5.      Because the company that submitted the CyberTip indicated that it had reviewed the files before attaching them to the CyberTip, I also reviewed them. Three of them are described below, and all are available for the Court's review upon request:

a.      Filename 0fc54526-4a9f-40bf-98ab-9c6742c8676d.mp4 — depicts an approximately 6-month-old prepubescent female infant, laying on their back with a shirt on, while an adult male penis was inserted into the infant's vagina. Throughout the remainder of the video the adult male has intercourse with the female infant and ejaculates on the infant's genitalia. This video is approximately 43 seconds in duration.

b.      Filename 7b37d9c-b6012 f--8fc41 2e79be4d7-a8a.m8p4 — depicts an approximately 5-year-old prepubescent female child, laying on their back with a shirt on, while an adult male penis was inserted into the female's vagina. Throughout the remainder of the video the adult male has intercourse with the child and ejaculates inside her vagina. The adult male proceeds to use a tissue to clean up his ejaculate on the child's vagina and anus. He also rubs the child's lower abdomen above the vagina to drain his ejaculate out of the child's vagina. This video is approximately 44 seconds in duration.

c.      Filename 01765017-b084-49c5-95ef-6b6cla2a5al8.mp4 – depicts an approximately 2-year-old prepubescent female child, laying on their back with a shirt on, while an adult male penis was inserted into the female's vagina. Throughout most of the video the adult male has intercourse with the child. The adult male takes his penis out of the child's vagina and

the child begins to rub her vagina with her hands. This video is approximately 1 minute and 10 seconds in duration.

6.    Based, among other things, on information associating the defendant to the conduct described in the CyberTip, on January 10, 2025, this Court authorized a search of the defendant's residence, person, vehicle, and computers and storage media found therein and thereon for evidence of violations of 18 U.S.C. § 2252A(a)(2), among other offenses.

7.    On January 14, 2025, investigators with HSI and other agencies executed the search warrant.

8.    Also on January 14, 2025, I participated in an interview of the defendant. The interview was audio/video recorded, and the defendant was provided *Miranda* warnings. In sum and substance as relevant to this affidavit, the defendant admitted to using the above-referenced social media messaging application to distribute and receive child pornography in interstate commerce and to being responsible for the conduct described in the CyberTip. The defendant also was shown still images of material provided in the CyberTip, and he acknowledged that he had distributed that material. The material shown to the defendant is available for this Court's review upon request. In my training and experience, it meets the federal definition of child pornography.

//

//

//

//

9.    The defendant also said that there may be "one or two" child pornography files on

a cellphone seized from his person when he was detained. Forensic analysis of that device is

ongoing.

ATTESTED TO BY THE AFFIANT IN ACCORDANCE WITH RULE 4.1 OF THE FEDERAL
RULES OF CRIMINAL PROCEDURE.

01/14/2025

Special Agent Peter M. Pease
Homeland Security Investigations

I, the Honorable Gary L. Favro, United States Magistrate Judge, hereby acknowledge that this
affidavit was attested to by the affiant by telephone on January 16, 2025, in accordance with
Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Gary L. Favro
United States Magistrate Judge