AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of NEW YORK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 8:25-MJ-005 (GLF) |
| ) | |
| Michael St. Denny, Jr. ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>14 Durkee Street, Suite 360<br>Plattsburgh, New York  12901 | Courtroom No.: | Suite 360 BY VIDEO |
|---|---|---|---|
| | | Date and Time: | 1/21/2025 9:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: _____1/16/2025_____

_____
*Judge's signature*

Gary L. Favro, U.S. Magistrate Judge, N.D.N.Y.
*Printed name and title*